IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY LABORERS HEALTH AND WELFARE FUND, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | NO. 17 C 4811 |
| MERRYMAN EXCAVATION, INC., an Illinois corporation, a/k/a MERRYMAN EXCAVATING, INC., | ) ) | JUDGE JOAN B. GOTTSCHALL |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against

Defendant, MERRYMAN EXCAVATION, INC., an Illinois corporation, a/k/a MERRYMAN

EXCAVATING, INC., in the amount of $29,657.32, plus Plaintiffs' court costs and reasonable

attorneys' fees in the amount of $4,625.25, for a total amount of $34,282.57.

On July 3, 2017, the Summons and Complaint was served on the Registered Agent (by

tendering a copy of said documents to Renee Tate) at his place of business (a copy of the Summons

and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 24,

2017. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry

of default and judgment.


/s/   Catherine M. Chapman

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>4th</u> day of <u>January 2018</u>:

      Mr. Patrick H. Merryman, Registered Agent
      Merryman Excavation, Inc.
      1501 Lamb Road
      Woodstock, IL   60098

      Mr. Patrick H. Merryman, President
      Merryman Excavation, Inc.
      9414 Illinois Route 120
      Bull Valley, IL   60098


          /s/   Catherine M. Chapman



Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Merryman\#27513\motion-default judgment.cmc.df.wpd